UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re: )
)
**Terrance Dale Moore, Jr.** ) **Case No. 07-11528 C-13G**
**Rhonda Richardson Moore**, )
)
Debtors. )

## ORDER CONTINUING HEARING ON
## CONFIRMATION OF PLAN

THIS MATTER COMING BEFORE THE COURT upon motion of the debtors to continue the hearing on confirmation of the debtors' plan, and it appearing to the court that the creditor who has filed an objection to the plan, as well as the Chapter 13 Trustee, have agreed to a continuance;

IT IS THEREFORE ORDERED that this matter shall be continued to February 12, 2008, at 2:00 p.m. in Courtroom No. 1.

PARTIES TO BE SERVED
Case No. 07-11528 C-13G
Page 1 of 3

AAA/Financial/Bank of America
P.O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

American Express
P.O. Box 297856
Fort Lauderdale, FL 33329-7856

Bank of America Card Services
Bankruptcy Department
P.O. Box 2493
Norfolk, VA 23501-2493

Bank of the West
1450 Treat Blvd
Walnut Creek, CA 94597

BB&T
Attn: Bankruptcy Section
P.O. Box 1847
Wilson, NC 27894-1847

BB&T Mortgage
Attn: Bankruptcy
P.O. Box 2027
Greenville, SC 29602-2027

Belk/GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

BP/Chase Cardmember Service
Bankruptcy Dept
P.O. Box 15298
Wilmington, DE 19850-5298

Chrysler Financial
P.O. Box 8065
Royal Oak, MI 48068

PARTIES TO BE SERVED
Case No. 07-11528 C-13G
Page 2 of 3

Discover Card
Attn: Bankruptcy Dept.
P.O. Box 3004
New Albany, OH 43054-3004

Fifth Third Bank
c/o Bankruptcy Department
1850 East Paris, MDROPSO5
Grand Rapids, MI 49546

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Kohl's
P.O. Box 740933
Dallas, TX 75374

Stephen D. Ling
Ling & Farran
706 Green Valley Road, Suite 505
Greensboro, NC  27408

Lowe's/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Terrance Dale and Rhonda Richardson Moore
171 Rhinewood Lane
Reidsville, NC  27320-7671

NC Dept of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27640-0001

Rockingham County Tax Dept.
P.O. Box 107
Wentworth, NC 27375-0107

Rooms To Go/GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

PARTIES TO BE SERVED
Case No. 07-11528 C-13G
Page 3 of 3

Sears Card/Citibank
P.O. Box 20363
Kansas City, MO 64195-0363

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
P.O. Box 1720
Greensboro, NC 27402

US Bank Card Services
Bankruptcy Dept
P.O. Box 5229
Cincinnati, OH 45201

James E. Vaughan, Esq.
James E. Vaughan, Attorney at Law, P.C.
206 North Spruce Street, Suite 2A
Winston-Salem, NC 27101